| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 0:13-CR-60168-BB |

## TRANSFER OF JURISDICTION

DOCKET NUMBER *(Rec. Court)*
**2:26-cr-00083-GMN-MDC-1**

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Southern District of Florida | Fort Lauderdale |

Edler, Thomas

✔ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON

**MAY 13 2026**

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ AMMi _____ DEPUTY

NAME OF SENTENCING JUDGE
The Honorable Robin S. Rosenbaum, United States District Judge

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 5/30/2026 | Life |

**OFFENSE**

Count 1: Transportation of child pornography, in violation of Title 18 U.S.C. §2252(a)(1) and (b)(1), a Class C felony
Count 2: Possession of child pornography, in violation of Title 18 U.S.C. §2252(a)(4)(B), a Class C felony

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Elder intends to remain in the District of Nevada

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___ Southern ___ DISTRICT OF ___ Florida ___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___ District of Nevada ___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

___ 5/12/2026 ___
Date

___
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___ DISTRICT OF ___ Nevada ___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

___ May 19, 2026 ___
Effective Date

___
United States District Judge

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Thomas Edler

Case No.: To be assigned

**SUPERVISION REPORT**
**REQUESTING ACCEPTANCE OF JURISDICTION**

May 13, 2026

TO:    United States District Judge

By way of case history, Edler was sentenced in the Southern District of Florida to 180 months custody followed by lifetime supervised release for committing the offenses of Transportation of Child Pornography and Possession of Child Pornography. On March 30, 2026, Edler commenced his term of supervision in the District of Nevada.

Edler intends to remain in Nevada for the duration of his supervision term. For judicial economy, it is respectfully recommended jurisdiction be transferred to the District of Nevada. The Southern District of Florida is in agreement as indicated by the signature of the Honorable Beth Bloom. Should the Court agree, please countersign the attached Probation Form 22.

Respectfully submitted,

Digitally signed by
Matthew Martinez
Date: 2026.05.13
12:57:45 -07'00'

Matthew S. Martinez
Senior United States Probation Officer

Approved:

Digitally signed by
Amberleigh Barajas
Date: 2026.05.13 10:36:50
-07'00'

Amberleigh Barajas
Supervisory United States Probation Officer